UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANTU ALI BEY,

        Plaintiff,                               Case No. 19-cv-10521

                                               Paul D. Borman
v.                                              United States District Judge

                                               R. Steven Whalen
FCA US LLC,                               United States Magistrate Judge

        Defendant.
_____/

<u>ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 17); (2) GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 12) AND (3) DISMISSING THE COMPLAINT WITH PREJUDICE</u>

Now before the Court is the October 15, 2019 Report and Recommendation (ECF No. 17) of Magistrate Judge R. Steven Whalen recommending that the Court grant Defendant's Motion for Judgment on the Pleadings (ECF No. 12) and dismiss Plaintiff's Complaint with prejudice. No objections were filed to the Report and Recommendation.

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 17),

1

GRANTS Defendant's Motion for Judgment on the Pleadings (ECF No. 12) and DISMISSES the Complaint WITH PREJUDICE.

IT IS SO ORDERED.

Dated: November 7, 2019          s/Paul D. Borman
                                 Paul D. Borman
                                 United States District Judge